**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.  24-CV-20235 -RAR

AISHIA PETERSEN,
     Plaintiff,
v.

BLOOMIN' BRANDS, INC.,
d/b/a FLEMING'S PRIME STEAKHOUSE**.,**

     Defendant.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff **Aishia Petersen**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case.  The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Notice or Stipulation of Dismissal will be filed within sixty (60) days.

Dated this 22nd day of February 2024.

By: __/s/ *Acacia Barros*___
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: 305-639-8381
ab@barroswlawfirm.com
*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 22nd day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney.

/s/ Acacia Barros
Acacia Barros, Esq.
ACACIA BARROS,

2