**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-20235-RAR**

**AISHIA PETERSEN**,

       Plaintiff,

v.

**BLOOMIN' BRANDS, INC.**
d/b/a **FLEMING'S PRIME STEAKHOUSE**,

       Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Notice of Voluntary Dismissal with Prejudice ("Notice"), [ECF No. 10], filed on October 23, 2024.  The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of October, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**